THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JUN 21 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 17-30110-MJR |
| GILARDI C. BURNS, | ) |
| Defendant. | ) |

# INDICTMENT

### THE GRAND JURY CHARGES:

#### FAILURE TO SURRENDER FOR SERVICE OF SENTENCE

On or about March 7, 2017, in St. Clair County, within the Southern District of Illinois,

**GILARDI C. BURNS,**

defendant herein, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after revocation of his supervised release in the United States District Court of the Southern District of Illinois for a violation of the terms of his supervised release, in Case # 13-CR-30233-MJR, entitled *United States vs. Gilardi Burns*, and having been directed by the court to surrender to the Metropolitan Correctional Center in Chicago, Illinois, in the Northern District of Illinois on March 7, 2017, did knowingly and willfully fail to surrender for service of sentence as ordered by the court, in violation of Title 18, United States Code, Section 3146(a)(2).

All in violation of Title 18, United States Code, Section 3146(a)(2).

**A TRUE BILL**

FOREPERSON

CHRISTOPER R. HOELL
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended bond: Detention